STATE of Missouri,
Plaintiff/Respondent,

v.

Leonard ROGERS,
Defendant/Appellant.

No. 56904.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 7, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 5, 1990.

Leonard Rogers, Moberly, pro se.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals his convictions for felony stealing and two counts of third degree assault.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memo-

randum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).